# HACH ROSE SCHIRRIPA & CHEVERIE LLP
ATTORNEYS AT LAW

April 19, 2022

**VIA ECF**
Hon. Sharon King, USMJ
United States District Court
for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re: *Est. of Gregory Kubiak et al v. CFG et al*
Docket No: v=1:20-cv-09478-NLH-SAK

Dear Judge King:

As Your Honor is aware, the firm of the undersigned represents Plaintiffs, with respect to the above referenced matter. Pursuant to the Court's April 4, 20222 Order, the Parties discussed, and all Parties consented to, an administrative stay pending resolution of the criminal case against Defendant Richard Cotto. The Parties also agreed to provide a status update to the Court at the Court's direction, but Plaintiffs proposed that the status letters be submitted to the Court every 90 to 120 days.

The Parties had scheduled the deposition of Plaintiff to occur on April 13, 2022, but that deposition has been rescheduled due to a health issue of the Plaintiff. The Parties agreed to work together through the stay to the extent they can and reschedule Plaintiff's deposition toward the end of May.

Thank you for your consideration.

Respectfully submitted,

*/s/ Hillary Nappi*

Hillary Nappi, Esq

cc. All Counsel (via ECF)