THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF GREGORY KUBIAK et al., <br><br> Plaintiffs, <br><br> v. <br><br> CFG HEALTH SERVICES, LLC et al., <br><br> Defendants. | Civil No. 20-9478 (NLH/SAK) |

**WHEREAS**, the Court having been advised that a parallel criminal matter involving Defendant Richard Cotton is proceeding before the Honorable William F. Ziegler, J.S.C., in the Superior Court of New Jersey - Cumberland County Vicinage.

**WHEREAS**, on April 19, 2022 Plaintiffs submitted a letter [ECF No. 45] advising the Court that all of the parties consent to a stay and administrative termination of this matter pending the disposition of the parallel criminal matter against Defendant Richard Cotton.

Accordingly, **IT IS** hereby **ORDERED** this **21st** day of **April 2022** that this matter is **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the resolution of the parallel criminal matter; and it is further

**ORDERED** that the parties shall file a joint letter on the docket, every 90 days, updating this Court on the status of the parallel criminal matter; and it is finally

**ORDERED** that the Court will re-open this matter upon a showing of good cause or the completion of the criminal matter.

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc:  Hon. Noel L. Hillman, U.S.D.J.