# HACH ROSE SCHIRRIPA & CHEVERIE LLP
ATTORNEYS AT LAW

January 19, 2023

**VIA ECF**

The Honorable Sharon A. King
U.S. Magistrate Judge
United States District Court for The District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5C
Camden, New Jersey 08101

Re: Estate of Kubiak, et al. v. CFG Health Services LLC, et al., No. 1:20-cv-09478-NLH-KMW

Dear Judge King:

Your Honor, I write on behalf of the Parties in the aforementioned matter in response to the Court's January 17, 2023 Order. The Court has correctly noted that matter was administratively terminated pending disposition of the parallel criminal matter involving Defendant Cotto.

Despite the closure of the matter on the Court's docket, the Parties have reached a settlement of the matter through a private mediation. If the Court requires anything further information from the Parties, the Parties are happy to provide same.

Respectfully submitted,

*/s/ Hillary Nappi*

Hillary M. Nappi